IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO.** |
| | \* | |
| v. | \* | **VIOLATION: 18 U.S.C. § 1920** |
| | \* | **(False Statements to Obtain Federal** |
| **ANDRE O. ALSOP,** | \* | **Employee Compensation)** |
| | \* | |
| **Defendant** | \* | |
| | **\*\*\*\*\*\*** | |

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Columbia charges that:

**The Federal Employees' Worker's Compensation System**

At all times relevant to this Information:

1. The United States Department of Labor ("DOL"), Employment Standards Administration, was an agency of the United States government, the official functions of which included the Office of Workers' Compensation Programs ("OWCP"), also an agency of the United States.

2. OWCP administered a major disability compensation program, typically referred to as workers compensation, which provides wages replacement benefits, medical treatment, vocational rehabilitation, and other benefits for federal government employees who become disabled while acting in the scope of their duties.

3. In order to determine eligibility for OWCP benefits, DOL required disabled employees to submit a DOL, OWCP Form CA-7, Claim for Compensation ("Form CA-7"). Among other questions, the Form CA-7 requires an employee to answer the question: "Have you worked outside your federal job during the period(s) claimed [for compensation]?" Likewise, in order to determine continued eligibility for benefits, DOL required a disabled employee to annually complete

and sign DOL, OWCP Form EN 1032 ("Form EN 1032") in which the employee must answer such questions as: "Did you work for any employer during the past 15 months?" and "Were you self-employed or involved in any business enterprise in the past 15 months?" The employee must certify that the statements were true and correct and that he or she knew that a person who fraudulently conceals or fails to report income or other information which would have an effect on benefits may be subject to criminal prosecution. In addition, a federal employee receiving OWCP workers' compensation payments was required to immediately advise DOL, OWCP of any return to work, either part-time or full-time, or other information which have an effect on his or her continued eligibility for benefits.

4. Defendant **ANDRE ALSOP** was employed n Washington, D.C. by the United States Government Printing Office ("GPO"). In or about June 1998, **ALSOP** began receiving worker's compensation benefits due to a back injury he stated he sustained on February 20, 1998 when his chair collapsed at GPO. In order to be considered for benefits, defendant **ALSOP** was required to submit Form EN 1032s. In April 2002, OWCP accepted **ALSOP** into its Periodic Roll after determining that he would have a long-term disability.

5. Since on or about June 1998 and continuing through the present, **ALSOP** has received approximately $360,000 in OWCP worker's compensation benefits. These payments were made every 28 days and were in the approximate amount of $4,000 which was 75% of his GPO salary.

6. Before June 20, 2002, **ALSOP's** medical condition improved. On or about June 20, 2002, **ALSOP** submitted the required DOL Form EN1032, omitting information that his medical condition had improved, and failing to disclose that he was involved with the operations of a real estate company, and failing to report that he was able to perform tasks that he had previously claimed he could not. Additionally, **ALSOP** caused to be filed similarly false Form EN1032's on or about

May 2003 and October 2005. During this time frame (June 2002 to October 2005) he was paid $150,000 in disability benefits.

## The Charge

7. On or about June 20, 2002, in the District of Columbia and elsewhere, the defendant

**ANDRE ALSOP,**

did knowingly and willfully make a false, fictitious, and fraudulent statement and representation, which he knew to be false, fictitious, and fraudulent, in connection with the application for and receipt of compensation and other benefit and payment under subchapter I or III of chapter 81 of title 5, that is, he submitted and caused to be submitted to OWCP a materially false DOL Form EN 1032 in which he completed the form without disclosing any involvement or work with a business enterprise, despite the fact that he was actively involved in the operations of Investors Real Estate, located in Upper Marlboro, Md; and without disclosing that he was able to engage in physical activity that he had previously claimed he could not perform, thereby concealing material facts.

(**False Statements to Obtain Federal Employees Compensation**, in violation of Title 18, United States Code, Section 1920).

JEFFREY A. TAYLOR
Attorney for the United States in
and for the District of Columbia
Bar No. 498610

By: _____
ALEXANDER P. SHAWE (DC Bar #472492)
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, NW,  Room 4239
Washington, D.C.  20530
(202) 514-9519