**FILED**

**OCT 2 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :

                                 :    Case No. 06-310

ANDRE O. ALSOP

### ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 26th day of October 2006 ORDERED;

3. That the defendant is being booked on October 30, 2006, prior to a plea agreement on October 31, 2006 and will be accompanied by Special Agents Michael Gray and Sonja Scott to the Central Cell Block of the Metropolitan Police Department for routine processing, and shall be released to aforementioned agents.

4. That if the defendant is released on bond that he or she be accompanied on October 30, 2006 by Special Agents Michael Gray and Sonja Scott to the Central Cell Block of the Metropolitan Police Department, for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Special Agents Michael Gray and Sonja Scott for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

10/26/06                         Judge Sullivan