**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
UNITED STATES
        Plaintiff,

    vs.                              Criminal No. 06-310 (EGS)
ANDRE ALSOP
        Defendant.
_____
```

### ORDER

On **NOVEMBER 3, 2006**, the defendant pled guilty to the One Count Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **FEBRUARY 2, 2007**; defendant's memorandum of law, if any shall be filed by no later than **FEBRUARY 9, 2007**; the Government's memorandum of law, if any shall be filed by no later than **FEBRUARY 16, 2007,** a reply, if any, shall be filed by no later than **FEBRUARY 23, 2007**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **MARCH 2, 2007 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: November 7, 2006

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE