UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
      Plaintiff,

                                        Criminal No. 06-310(EGS)

ANDRE O. ALSOP
      Defendant

## WAIVER OF INDICTMENT

I, ANDRE O. ALSOP the above named defendant, who is accused of _____

_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                               _____
                                               Defendant

                                             _____
                                      Counsel for Defendant

Before _____
          Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment