UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No: 06-310 (EGS) |
| ANDRE O. ALSOP | : | |

FILED
NOV 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant hereby submit this Factual Proffer in Support of a Guilty Plea.

1. Defendant **ANDRE O. ALSOP** is charged in Count One of a criminal information with violating 18 U.S.C. § 1920 (False Statements ~~or Fraud~~ APJ to Obtain Federal Employees' Compensation). The essential elements of this offense are:

   A. That defendant knowingly and willfully falsified, concealed, or covered up a material fact, or made a false, fictitious, ~~or fraudulent~~ APJ statement; and

   B. That the misrepresentation or concealment of material fact was committed in connection with the application for or receipt of compensation or other benefit or payment under subchapter I or III of chapter 81 of chapter 5.

2. Had this matter gone to trial, the government's evidence would have proven beyond a reasonable doubt that on or about ~~June 20 2002~~ October 2005 APJ, defendant committed the offense of a False Statements or Fraud to Obtain Federal Employees' Compensation, in violation of 18 U.S.C. § 1920. The government's evidence would have proven the following:

   Defendant was formerly employed in Washington, D.C. by the United States Government Printing Office ("GPO"). In or about June 1998, defendant began receiving worker's compensation

knowingly failed to list or make reference to any employment, self-employment, or volunteer work on any of the forms. Additionally, defendant caused to be filed similarly false Form EN1032s on or about May 2003 and ~~October 2005~~ June 2002 APJ. During this time frame (June 2002 to October 2005) defendant was paid $150,000 in disability benefits.

Therefore, on ~~June 20, 2002~~ October 2005 APJ, defendant did knowingly and willfully make false, fictitious, and ~~fraudulent~~ APJ statements, omissions, and representations, which he knew to be false, fictitious, and ~~fraudulent~~ AP, in connection with the application for and receipt of compensation and other benefit and payment under subchapter I or III of chapter 81 of title 5, that is, he submitted and caused to be submitted to OWCP a materially false DOL Form EN 1032 in which he completed the form without disclosing any involvement or work with a business enterprise, despite the fact that he was actively involved in the operations of Investors' Real Estate.

3. This factual proffer is a summary of defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support defendant's guilty plea to the offense of False Statements to Obtain Federal Employees Compensation, in violation of 18 U.S.C. 1920, as charged in the Criminal Information.

---

1/(...continued)
his real estate business cards, and his real estate agent schedule and contact information.

3

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____

ALEXANDER SHAWE
Assistant United States Attorney
D.C. Bar No. 472492
555 4th Street, N.W., Room 4329
Washington, D.C. 20530
(202) 514-9519
Alexander.Shawe@usdoj.gov

## DEFENDANT ANDRE ALSOP'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Robert King, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: __NOVEMBER 7, 06__    _____
                             Andre O. Alsop

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: __11/7/06__    _____
                     Robert King, Esquire
                     Attorney for Andre O. Alsop

4

benefits due to a back injury he stated he sustained on February 20, 1998 when his chair collapsed at GPO. In order to be considered for benefits, defendant was required to submit Form EN 1032s, forms sent by the Department of Labor ("DOL") to all injured workers who receive benefits through the Office of Workers Compensation Programs ("OWCP") on an annual basis. This form is used to notify DOL if the claimant has performed any work or received any outside income in the prior fifteen months or if the claimant's physical condition has improved. In April 2002, OWCP accepted defendant into its Periodic Roll after determining that he would have a long-term disability. Since on or about June 1998 and continuing through the present, defendant has received approximately $360,000 in OWCP worker's compensation benefits. These payments were made every 28 days and were in the approximate amount of $4,000 which was 75% of his GPO salary.

Before ~~June 20, 2002~~ October 2005 [initials], defendant's medical condition improved. On or about ~~June 20, 2002~~ October 2005 [initials], defendant submitted the required DOL Form EN1032, willfully and knowingly omitting information that his medical condition had improved, and fraudulently failing to disclose that he was involved with the operations of a real estate company, and willfully and knowingly failing to report that he was able to perform tasks that he had previously claimed he could not.[1] Likewise, defendant willfully and

---

[1]
Pursuant to its investigation in this matter, the GPO Office of Inspector General ("OIG") conducted surveillance on defendant and observed him on several occasions at Investors' Real Estate, a firm located at 1400 Mercantile Lane in Upper Marlboro, MD. The investigation yielded several witnesses who in the relevant time period had met with defendant at Investors' Real Estate on a regular basis, and were shown real estate by defendant, and were assisted in loan contracts by defendant. Defendant was listed as an active employee by the real estate firm and he had access to and use of the company credit card or charge account.

On September 20, 2005, a search warrant was executed by the GPO OIG and the DOL OIG at defendant's residence and at Investors' Real Estate. The search warrant yielded additional evidence of his employment in real estate. This evidence included defendant's real estate licenses, as well as
(continued...)