UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 06-310 (EGS) |
| | : | |
| **ANDRE O. ALSOP** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**GOVERNMENT'S MOTION FOR CONTINUANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for a continuance in this matter. As grounds for this motion, the Government states as follows:

1. This case is currently scheduled for sentencing on March 2, 2007.

2. Undersigned counsel will not be in the jurisdiction on this date.

3. Undersigned counsel has contacted the law offices of Robert W. King, counsel for Defendant Alsop, and has been informed that Mr. King does not oppose the Government's request for a continuance.

4. Accordingly, the United States respectfully requests that the Court continue the sentencing date to one of the following dates: March 6, 7, 8, 13, 14, 27 or 28, 2007.

**WHEREFORE**, the United States respectfully requests a continuance of Defendant's sentencing to March 6, 7, 8, 13, 14, 27, or 28, 2007.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                UNITED STATES ATTORNEY
                                                D.C. BAR NO. 498-610

By:      /s/
        AARON H. MENDELSOHN
        ASSISTANT UNITED STATES ATTORNEY
        D.C. BAR NO. 467-570
        FEDERAL MAJOR CRIMES SECTION
        (202) 514-9519

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing government's Motion for Continuance has been served upon counsel for the defendant, Robert King, this 23rd day of March, 2007.

                                        /s/
                                  AARON H. MENDELSOHN
                                  ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 06-310 (EGS)** |
| : | |
| **ANDRE O. ALSOP** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

This matter came before the Court on the Government's Motion for Continuance.

Upon consideration of the Motion, and the entire record herein, and upon a finding of good cause shown, it is hereby

**ORDERED**, this _____ day of January, 2007, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the sentencing date of March 2, 2007, is hereby vacated, and it is further

**ORDERED**, that the sentencing date is rescheduled to March _____, 2007, at _____.

_____
JUDGE EMMET G. SULLIVAN