UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Case No. 06-310 (EGS) |
| v. : | Sentencing Date: March 14, 2007 |
| ANDRE O. ALSOP, : | |
| Defendant. : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, Defendant Andre O. Alsop pled guilty on November 7, 2006, to False Statements to Obtain Employees' Compensation, in violation of Title 18 U.S.C. Section 1920.

2. Defendant has no prior criminal convictions.

3. Based upon a total offense level of 13, and Defendant's criminal history category of I, the guideline range for imprisonment is 12 to 18 months.[1]

4. Pursuant to Defendant's November 7, 2006 guilty plea, Defendant acknowledged certain relevant criminal conduct in his factual proffer – he acknowledged knowingly and willfully submitting a false statement in October 2005 in connection with the application for and receipt of compensation and other benefits from the Office of Workers' Compensation Programs (OWCP). Defendant also acknowledged submitting similarly false statements in June 2002 and May 2003.

---

[1] This offense level takes into account that Defendant will presumably receive a three point downward adjustment for having taken responsibility for his criminal conduct.

5.    Specifically, while Defendant – who was employed as a Computer Specialist at the U.S. Government Printing Office (GPO) when he suffered an injury on February 20, 1998 – was receiving approximately $150,000 in OWCP worker's compensation benefits from on or about April 2002 through on or about October 2005,[2] Defendant fraudulently failed to disclose that he was involved with the operation of a real estate company, and willfully and knowingly failed to report that he was able to perform tasks that he had previously claimed he could not perform.

6.    As a result of this fraud, the Government has calculated that the amount of its loss is $123,289.29.[3] Special Agent Sonja Scott of the GPO also submitted a Victim Impact Statement detailing Defendant's ongoing fraud and ethical violations, and the "immeasurable cost" to the GPO – including, but not limited to, the above amount of loss – of Defendant's more than three-year fraud upon the Government.

7.    In this case, the Government respectfully requests a sentence within the applicable guideline range. Defendant's criminal conduct occurred over the course of several years. During that time, Defendant – a public servant with a high-level General Schedule position at the GPO – willfully and knowingly lied to the Government about both his ability to work and his actual work activities. Thereby, Defendant took advantage of the federal workers' compensation system and sent a message to other federal government employees that defrauding the Government is both easy and exceedingly profitable.

8.    Therefore, the Government asks the Court to send a message back to Defendant that

---

[2] Overall, from on or about June 1998 through on or about October 2005, Defendant received approximately $360,000 from OWCP.

[3] Pursuant to the Court's order, the Government filed – on January 10, 2007 – its Memorandum on the Amount of Loss to the Government.

defrauding the Government is neither easy nor profitable, but rather criminal and contemptible. In sum, the Government believes that, despite the fact that Defendant stands before the Court facing sentencing for his first criminal conviction, a departure is not warranted in this case, but rather Defendant should be sentenced within the applicable guideline range, to include restitution of the entire loss amount payable to OWCP and an appropriate fine within the statutory provisions of Title 18 U.S.C Section 3571.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                UNITED STATES ATTORNEY
                                                D.C. BAR NO. 498-610

By:          /s/
        AARON H. MENDELSOHN
        ASSISTANT UNITED STATES ATTORNEY
        D.C. BAR NO. 467-570
        FEDERAL MAJOR CRIMES SECTION
        (202) 514-9519

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Robert King, Esquire, this 7th day of February, 2007.

                                                AARON H. MENDELSOHN
                                               ASSISTANT UNITED STATES ATTORNEY