HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-06-310-01 |
| | : | |
| vs. | : | SSN: |
| | : | |
| ALSOP, Andre O. | : | Disclosure Date: January 26, 2007 |

**MAR 1 4 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                                              Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 2/20/07                    _____ 2/20/07
Defendant             Date                                  Defense Counsel             Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 9, 2007**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:   Gennine A. Hagar, Chief
        United States Probation Officer