UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 06-310 (EGS) |
| | : | |
| **ANDRE O. ALSOP** | : | Sentencing Date: April 25, 2007 |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S MOTION TO SUPPLEMENT THE RECORD
## IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to supplement the record in aid of sentencing in this case. As grounds for this motion, the Government states as follows:

1. This case is currently scheduled for sentencing on April 25, 2007.

2. The Court held evidentiary hearings in aid of sentencing on March 14 and 15, 2007. On March 15, 2007, the Court heard an audio tape of a meeting between Defendant and undercover Special Agent Nathaniel Brown of the U.S. Government Printing Office, held on July 7, 2005 at Investors' Real Estate, Inc.

3. The Court, without objection from Defendant, requested that the Government submit a transcript of the audio tape to supplement the record in this case.

4. Accordingly, the United States respectfully submits the attached transcript (attached as Government's Exhibit 1), certified and signed by Special Agent Sonja Scott of the U.S. Government Printing Office, to supplement the record in aid of sentencing.

**WHEREFORE**, the United States respectfully moves to supplement the record in aid of sentencing with the attached transcript

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

By: _____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 467-570
FEDERAL MAJOR CRIMES SECTION
(202) 514-9519

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing government's Motion for Continuance has been served upon counsel for the defendant, Robert King, Esquire, this 22nd day of March, 2007.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY

# GOVERNMENT'S EXHIBIT 1

**Andre Alsop Undercover Meeting 7/7/05 at Investors' Real Estate in Largo, MD**

Voices heard: Special Agent Nathaniel Brown
              Defendant Andre Alsop

Transcribed by Special Agent Sonja Scott

Brown: This is Special Agent Nathaniel Brown with the Government Printing Office. The time is approximately 2:30 on July 7, 2005. I am going into Investors' Realty to speak to Mr. Alsop at 1400 Mercantile Lane. The case number is 02050015C.

(inaudible – SA Brown walking)

Brown: How's it going? I was stopping in the neighborhood. I was stopping in at Children First to pay my bill and I was wondering man.. I wanted to buy a house and was wondering if you would be able to help.

Alsop: What are you looking for?

Brown: Well I am in the area of Baltimore. I live in Baltimore and my baby's mother stays in P.G. and I want to get closer to the area. Would you guys be able to help?

Alsop: Sure. Umm…Do you have any idea what you would be looking for?

Brown: Something like a little, small townhouse. I would like a first time home buyer. Do you have a program?

Alsop: How's your credit?

Brown: Pretty good. Pretty good. I've been in my job a year…a year and a half.

Alsop: Umm… OK. Have you got a credit report lately or anything?

Brown: No

Alsop: OK. What I would like to do is set you up with a loan officer.

Brown: OK

Alsop: To do a credit report to see what you would qualify for because you're not sure what you would qualify for.

Brown: That's true. That's true.

Alsop: Umm. What's your name?

Brown: Tony

Alsop: Tony. I'm Andre.

Brown: Nice to meet you.

Alsop: Yeah. Um… So you will be buying it together with her?

Brown: Yeah, she…she don't think we're ready, but whatever. I mean we don't live together or whatever (inaudible). She works, you know what I mean, and I think we come together with our money. You know what I mean?

Alsop: Um..why don't we do this? Um..we're gonna do a credit information sheet on you. I'll submit that to… I have a couple of loan officers I deal with, but I have one that works with me a little more and I'll submit it to him and he can tell me what you qualify for and we can go from there. And I can start looking for properties and things like that.

Brown: Allright so you think maybe I can stop back by?

Alsop: You rushing now?

Brown: Yea…I kinda got to get on this bus. You know what I'm saying? I'm just in the area. I just wanna pay this bill real quick. (inaudible) It's cool?

Alsop: No problem. Come on back and um…let me give you…I'm here just about every day or you can just give me a call and I will meet you over here.

Brown: Allright. That's what's up. Allright Mr. Andre. You take it easy man.

Alsop: Allright. Take it easy. (Inaudible)

(end of audio)


I certify that the above transcription is true and complete to the best of my knowledge and belief.

*[signature]*
SA Sonja Scott