Case 1:06-cr-00310-EGS   Document 18   Filed 11/09/2007   Page 1 of 1

HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Andre O. Alsop          Docket No.: 06-310-01

**FILED**

NOV -9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Andre O. Alsop**  having been sentenced, on September 5, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  USP Lewisburg SCP , in  Lewisburg, PA  by 2 p.m., on  November 15, 2007 .

11/08/07
Date

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004

